Thomas H. Belknap, Jr.
State Bar No. 2836427
Federal ID No. TB-3188
tbelknap@blankrome.com
The Chrysler Building
400 Lexington Avenue
New York, New York 10174-0208
Telephone:    (212) 885-5000
Telefax:        (212) 885-5001
*Attorney in Charge for Defendant*
*Nustar Energy Services, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIPPON KAISHA LINE LIMITED, Individually and on behalf of M/V RIGEL LEADER (IMO No. 9604940)<br><br>Plaintiff,<br><br>- against -<br><br>O.W. BUNKER USA INC., NUSTAR ENERGY SERVICES, INC., KIRBY INLAND MARINE, LP, ING BANK N.V.<br><br>Defendants. | 14 CV 10091 (VEC)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that, upon the Motion for Issuance of Warrant of Arrest filed contemporaneously herewith, Defendant and Claimant NuStar Energy Services, Inc. ("NuStar") will move this Court, at a date to be set by the Court, to issue an order directing the United States District Clerk for the Southern District of New York to issue a warrant for arrest of the funds deposited into the registry of the Court in this case, and that the arrested funds be held subject to NuStar's maritime lien to abide the judgment in this case, together with such other relief as this Court deems just and proper.

141535.06502/60717244v.1

New York, New York
Dated: January 23, 2015

                                          Respectfully submitted,

                                          BLANK ROME LLP

                                          *Thomas H. Belknap*
                                          Thomas H. Belknap
                                          State Bar No. 2836427
                                          Federal ID No. TB-3188
                                          tbelknap@blankrome.com
                                          The Chrysler Building
                                          400 Lexington Avenue
                                          New York, New York 10174-0208
                                          Telephone:     (212) 885-5000
                                          Telefax:          (212) 885-5001
                                          *Attorney in Charge for Defendant*
                                          NUSTAR ENERGY SERVICES, INC.

141535.06502/60717244v.1