UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/2016
```

-----------------------------------------------------------X
CLEARLAKE SHIPPING PTE LTD,                          :
                                                     :
                                 Plaintiff,          :
                                                     :
            -against-                                :          14-CV-9287 (VEC)
                                                     :
O.W. BUNKER (SWITZERLAND) SA, O.W.                   :
BUNKER USA INC., O.W. BUNKER NORTH                   :
AMERICA INC., O.W. BUNKER HOLDING                    :
NORTH AMERICA INC., NUSTAR ENERGY                    :
SERVICES INC., ING BANK N.V.,                        :
                                                     :
                                 Defendants.         :
-----------------------------------------------------------X
                                                     :
NIPPON KAISHA LINE LIMITED, individually             :
and on behalf of M/V RIGEL LEADER (IMO               :
No.9604940),                                         :
                                                     :          14-CV-10091 (VEC)
                                 Plaintiff,          :
                                                     :
            -against-                                :
                                                     :
O.W. BUNKER USA INC., NUSTAR ENERGY                  :
SERVICES, INC., KIRBY INLAND MARINE                  :
LP, ING BANK N.V.,                                   :
                                                     :
                                 Defendants.         :
-----------------------------------------------------------X
HAPAG-LLOYD AKTIENGESELLSCHAFT,                      :
                                                     :
                                 Plaintiff,          :
                                                     :          14-CV-9949 (VEC)
            -against-                                :
                                                     :
U.S. OIL TRADING L.L.C., O.W. BUNKER                 :
GERMANY GMBH, O.W. BUNKER &                          :
TRADING A/S, ING BANK N.V. AND CREDIT                :
AGRICOLE S.A.,                                       :
                                                     :
                                 Defendants.         :
-----------------------------------------------------------X

------------------------------------------------------------X

U.S. OIL TRADING LLC,                             :
                                                  :
                                Plaintiff,        :
                                                  :
                -against-                         :           15-CV-6718 (VEC)
                                                  :
M/V VIENNA EXPRESS, her tackle, boilers,          :
apparel, furniture, engines, appurtenances, etc., :
*in rem*, and M/V SOFIA EXPRESS, her tackle,      :
boilers, apparel, furniture, engines, appurtenances, :
etc., *in rem*, and HAPAG-LLOYD                   :
AKTIENGESELLSCHAFT, *as claimant to the in*       :
*rem defendant M/V VIENNA EXPRESS*,               :
                                                  :
                                Defendants.       :
                                                  :
------------------------------------------------------------X
                                                  :
  HAPAG-LLOYD AKTIENGESELLSCHAFT,                 :
  as claimant to the in rem defendant M/V         :
  VIENNA EXPRESS,                                 :
                                                  :
    Counter-Claimant and Third-Party Plaintiff,   :
                                                  :
                -against-                         :
                                                  :
  U.S. OIL TRADING LLC,                           :
                                                  :
                        Counter-Defendant, and    :
                                                  :
O.W. BUNKER GERMANY GMBH, O.W.                    :
BUNKER & TRADING A/S, ING BANK                    :
N.V., CREDIT AGRICOLE CORPORATE                   :
AND INVESTMENT BANK, a division or                :
arm of CREDIT AGRICOLE S.A.,                      :
                                                  :
                        Third-Party Defendants.   :
                                                  :
------------------------------------------------------------X

<u>ORDER</u>

VALERIE CAPRONI, United States District Judge:

It is HEREBY ORDERED that the Court shall hold oral argument in respect of the

presently outstanding motions for summary judgment in the above-captioned "test cases" at **2:00**

**p.m. on December 1, 2016**.

Oral argument shall be limited to the question of whether the defendant-counterclaimants

hold maritime liens in these actions.

**SO ORDERED.**

**Date:  November 10, 2016**
       **New York, New York**

**VALERIE CAPRONI**
**United States District Judge**