Case 1:15-cv-06718-VEC   Document 253   Filed 02/02/17   Page 1 of 3

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/2/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------X
CLEARLAKE SHIPPING PTE LTD,                  :
                                             :
                        Plaintiff,           :
                                             :
            -against-                        :    14-CV-9287 (VEC)
                                             :
O.W. BUNKER (SWITZERLAND) SA, O.W.           :
BUNKER USA INC., O.W. BUNKER NORTH           :
AMERICA INC., O.W. BUNKER HOLDING            :
NORTH AMERICA INC., NUSTAR ENERGY            :
SERVICES INC., ING BANK N.V.,                :
                                             :
                        Defendants.          :
-------------------------------------------------------------X
                                             :
NIPPON KAISHA LINE LIMITED, individually     :
and on behalf of M/V RIGEL LEADER (IMO       :
No.9604940),                                 :
                                             :
                                             :    14-CV-10091 (VEC)
                        Plaintiff,           :
                                             :
            -against-                        :
                                             :
O.W. BUNKER USA INC., NUSTAR ENERGY          :
SERVICES, INC., KIRBY INLAND MARINE          :
LP, ING BANK N.V.,                           :
                                             :
                        Defendants.          :
-------------------------------------------------------------X
HAPAG-LLOYD AKTIENGESELLSCHAFT,              :
                                             :
                        Plaintiff,           :
                                             :    14-CV-9949 (VEC)
            -against-                        :
                                             :
U.S. OIL TRADING L.L.C., O.W. BUNKER         :
GERMANY GMBH, O.W. BUNKER &                  :
TRADING A/S, ING BANK N.V. AND CREDIT        :
AGRICOLE S.A.,                               :
                                             :
                        Defendants.          :
------------------------------------------------------------ X
```

```
------------------------------------------------------------
U.S. OIL TRADING LLC,                                    : X
                                                         :
                                                         :
                              Plaintiff,                 :
                                                         :
              -against-                                  :   15-CV-6718 (VEC)
                                                         :
M/V VIENNA EXPRESS, her tackle, boilers,                 :
apparel, furniture, engines, appurtenances, etc.,        :
in rem, and M/V SOFIA EXPRESS, her tackle,               :
boilers, apparel, furniture, engines, appurtenances,     :
etc., in rem, and HAPAG-LLOYD                            :
AKTIENGESELLSCHAFT, as claimant to the in                :
rem defendant M/V VIENNA EXPRESS,                        :
                                                         :
                              Defendants.                :
                                                         :
------------------------------------------------------------ :
                                                         : X
HAPAG-LLOYD AKTIENGESELLSCHAFT,                          :
 as claimant to the in rem defendant M/V                 :
 VIENNA EXPRESS,                                         :
                                                         :
     Counter-Claimant and Third-Party Plaintiff,         :
                                                         :
              -against-                                  :
                                                         :
 U.S. OIL TRADING LLC,                                   :
                                                         :
                     Counter-Defendant, and              :
                                                         :
O.W. BUNKER GERMANY GMBH, O.W.                           :
BUNKER & TRADING A/S, ING BANK                           :
N.V., CREDIT AGRICOLE CORPORATE                          :
AND INVESTMENT BANK, a division or                       :
arm of CREDIT AGRICOLE S.A.,                             :
                                                         :
                     Third-Party Defendants.             :
                                                         :
------------------------------------------------------------ X
```

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS by Opinion and Order dated January 9, 2017 (the "January 9 Opinion")[1] the Court granted in part the summary judgment motions of ING and O.W. Bunker USA and denied the summary judgment motions of NuStar and USOT;

WHEREAS the January 9 Opinion does not decide the motions for discharge filed by the Vessel Interests and leaves outstanding *in personam* claims and counterclaims filed by ING, O.W. Germany, and O.W. USA;

WHEREAS the O.W. entities and ING have suggested it may be appropriate for the Court to enter a final and appealable judgment as to the Physical Suppliers' *in rem* claims pursuant to Rule 54(b) of the Federal Rules of Civil Procedure on the grounds that there is no just reason for delay in this multilateral dispute;

IT IS HEREBY ORDERED that by **February 6, 2017** the Physical Suppliers are directed to inform the Court whether they concur in ING's and the O.W. entities' suggestion that the Court enter a final judgment on their *in rem* claims.

**SO ORDERED.**

Date:  February 2, 2017        VALERIE CAPRONI
       New York, New York        United States District Judge

---

[1] Unless otherwise specified capitalized terms used herein have the meaning given in the Court's January 9 Opinion.