USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/21/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
CLEARLAKE SHIPPING PTE LTD,                                    :
                                                               :
                                      Plaintiff,               :
                                                               :
                   -against-                                   :    14-CV-9287 (VEC)
                                                               :
O.W. BUNKER (SWITZERLAND) SA, O.W.                             :
BUNKER USA INC., O.W. BUNKER NORTH                             :
AMERICA INC., O.W. BUNKER HOLDING                              :
NORTH AMERICA INC., NUSTAR ENERGY                              :
SERVICES INC., ING BANK N.V.,                                  :
                                                               :
                                      Defendants.              :
-------------------------------------------------------------- X
                                                               :
NIPPON KAISHA LINE LIMITED, individually                       :
and on behalf of M/V RIGEL LEADER (IMO                         :
No.9604940),                                                   :
                                                               :
                                                               :    14-CV-10091 (VEC)
                                      Plaintiff,               :
                                                               :
                   -against-                                   :
                                                               :
O.W. BUNKER USA INC., NUSTAR ENERGY                            :
SERVICES, INC., KIRBY INLAND MARINE LP,                        :
ING BANK N.V.,                                                 :
                                                               :
                                      Defendants.              :
-------------------------------------------------------------- X
HAPAG-LLOYD AKTIENGESELLSCHAFT,                                :
                                                               :
                                      Plaintiff,               :
                                                               :    14-CV-9949 (VEC)
                   -against-                                   :
                                                               :
U.S. OIL TRADING L.L.C., O.W. BUNKER                           :
GERMANY GMBH, O.W. BUNKER &                                    :
TRADING A/S, ING BANK N.V. AND CREDIT                          :
AGRICOLE S.A.,                                                 :
                                                               :
                                      Defendants.              :
-------------------------------------------------------------- X

```
------------------------------------------------------------ X
U.S. OIL TRADING LLC,                                        :
                                                             :
                                      Plaintiff,             :
                                                             :
                 -against-                                   :         15-CV-6718 (VEC)
                                                             :
M/V VIENNA EXPRESS, her tackle, boilers,                     :
apparel, furniture, engines, appurtenances, etc.,            :
in rem, and M/V SOFIA EXPRESS, her tackle,                   :
boilers, apparel, furniture, engines, appurtenances,         :
etc., in rem, and HAPAG-LLOYD                                :
AKTIENGESELLSCHAFT, as claimant to the in                    :
rem defendant M/V VIENNA EXPRESS,                            :
                                                             :
                                      Defendants.            :
                                                             :
------------------------------------------------------------ X
                                                             :
 HAPAG-LLOYD AKTIENGESELLSCHAFT,                             :
 as claimant to the in rem defendant M/V                     :
 VIENNA EXPRESS,                                             :
                                                             :
        Counter-Claimant and Third-Party Plaintiff,          :
                                                             :
                 -against-                                   :
                                                             :
 U.S. OIL TRADING LLC,                                       :
                                                             :
                       Counter-Defendant, and                :
                                                             :
O.W. BUNKER GERMANY GMBH, O.W.                               :
BUNKER & TRADING A/S, ING BANK                               :
N.V., CREDIT AGRICOLE CORPORATE                              :
AND INVESTMENT BANK, a division or                           :
arm of CREDIT AGRICOLE S.A.,                                 :
                                                             :
                         Third-Party Defendants.             :
                                                             :
------------------------------------------------------------ X
```

2

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 15, 2017 the Court held a status conference in the above-referenced matters;

IT IS HEREBY ORDERED that:  By **April 24, 2017**, ING Bank and O.W. Germany may join in O.W. USA's motion to tax the Vessel Interests' fees and expenses against the Physical Suppliers.  Oppositions shall be due by **May 15, 2017**.  Replies in support of ING Bank's and the O.W. entities' motions shall be due by **May 26, 2017**.  The parties are encouraged to submit joint briefs.  Alternatively, if all the parties believe it would be productive, the Court will adjourn the above-stated briefing schedule and refer the parties to the assigned Magistrate Judge for a settlement conference on that issue.  Not later than **April 7, 2017**, the parties must inform the court via a joint letter whether they would like such a settlement conference in hopes of obviating the need to brief the issue.

IT IS HEREBY FURTHER ORDERED that by **April 7, 2017**, the parties are directed to submit a proposed form of partial judgment pursuant to Rule 54(b) in respect of the Court's amended opinion, dated March 3, 2017, resolving the parties' competing claims to maritime liens.  The parties are encouraged to submit jointly a proposed form of partial judgment.

**SO ORDERED.**

**Date:  March 21, 2017**                                         _____
**New York, New York**                                            **VALERIE CAPRONI**
                                                                  **United States District Judge**