USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/10/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
CLEARLAKE SHIPPING PTE LTD, :
:
                                 Plaintiff, :
:
                -against- :    14-CV-9287 (VEC)
:
O.W. BUNKER (SWITZERLAND) SA, O.W. :
BUNKER USA INC., O.W. BUNKER NORTH :
AMERICA INC., O.W. BUNKER HOLDING :
NORTH AMERICA INC., NUSTAR ENERGY :
SERVICES INC., ING BANK N.V., :
:
                                Defendants. :
------------------------------------------------------------- X
:
NIPPON KAISHA LINE LIMITED, individually :
and on behalf of M/V RIGEL LEADER (IMO :
No.9604940), :
:    14-CV-10091 (VEC)
                                Plaintiff, :
:
                -against- :
:
O.W. BUNKER USA INC., NUSTAR ENERGY :
SERVICES, INC., KIRBY INLAND MARINE LP, :
ING BANK N.V., :
:
                                Defendants. :
------------------------------------------------------------- X
HAPAG-LLOYD AKTIENGESELLSCHAFT, :
:
                                Plaintiff, :
:    14-CV-9949 (VEC)
                -against- :
:
U.S. OIL TRADING L.L.C., O.W. BUNKER :
GERMANY GMBH, O.W. BUNKER & :
TRADING A/S, ING BANK N.V. AND CREDIT :
AGRICOLE S.A., :
:
                                Defendants. :
------------------------------------------------------------ X

```
------------------------------------------------------------ X
U.S. OIL TRADING LLC,                                        :
                                                             :
                                      Plaintiff,             :
                                                             :
                   -against-                                 :      15-CV-6718 (VEC)
                                                             :
M/V VIENNA EXPRESS, her tackle, boilers,                     :
apparel, furniture, engines, appurtenances, etc.,            :
in rem, and M/V SOFIA EXPRESS, her tackle,                   :
boilers, apparel, furniture, engines, appurtenances,         :
etc., in rem, and HAPAG-LLOYD                                :
AKTIENGESELLSCHAFT, as claimant to the in                    :
rem defendant M/V VIENNA EXPRESS,                            :
                                                             :
                                      Defendants.            :
                                                             :
------------------------------------------------------------ X
                                                             :
 HAPAG-LLOYD AKTIENGESELLSCHAFT,                             :
 as claimant to the in rem defendant M/V                     :
 VIENNA EXPRESS,                                             :
                                                             :
      Counter-Claimant and Third-Party Plaintiff,            :
                                                             :
                   -against-                                 :
                                                             :
 U.S. OIL TRADING LLC,                                       :
                                                             :
                       Counter-Defendant, and                :
                                                             :
O.W. BUNKER GERMANY GMBH, O.W.                               :
BUNKER & TRADING A/S, ING BANK                               :
N.V., CREDIT AGRICOLE CORPORATE                              :
AND INVESTMENT BANK, a division or                           :
arm of CREDIT AGRICOLE S.A.,                                 :
                                                             :
                       Third-Party Defendants.               :
                                                             :
------------------------------------------------------------ X
```

2

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 31, 2017, claimant U.S. Oil Trading LLC ("U.S.O.T.") filed a Notice of Appeal in the *Hapag-Lloyd* cases, case numbers 14-CV-9949 and 15-CV-6718; and

WHEREAS on April 7, 2017, ING Bank, N.V., with the consent of the plaintiffs and the other claimants, submitted proposed forms of partial judgment pursuant to Rule 54(b) in the above-captioned cases;

IT IS HEREBY ORDERED that by **April 14, 2017**, U.S.O.T. is directed to show cause why, in light of its March 31 notice of appeal, this Court has jurisdiction to enter partial judgment in the *Hapag-Lloyd* cases.

**SO ORDERED.**

Date:  April 10, 2017          _____
       New York, New York          **VALERIE CAPRONI**
                                          **United States District Judge**