# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

WRITER'S DIRECT DIAL:

(212) 574-1448

TELEPHONE: (212) 574-1200
FACSIMILE: (212) 480-8421
WWW.SEWKIS.COM

901 K STREET, NW
WASHINGTON, DC 20001
TELEPHONE: (202) 737-8833
FACSIMILE: (202) 737-5184

March 20, 2019

**VIA ECF**

Honorable Valerie E. Caproni
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *Clearlake Shipping Pte Ltd v. O.W. Bunker (Switzerland) SA, et al.*
              U.S.D.C., S.D.N.Y., Case No. 14 Civ. 9287 (VEC)

              *Nippon Kaisha Line Limited v. O.W. Bunker USA Inc., et al.*
              U.S.D.C., S.D.N.Y., Case No. 14 Civ. 10091 (VEC)

Dear Judge Caproni,

    On behalf of ING Bank N.V., as Security Agent ("ING Bank"), together with counsel for O.W. Bunker USA, Inc. ("O.W. USA"), and NuStar Energy Services Inc. ("NuStar"), we submit this joint letter in response to Your Honor's order dated March 4, 2019, stating that the parties must submit, no later than March 20, 2019, a joint letter detailing proposed next steps for this litigation.

    On March 18, 2019, NuStar filed petitions for *certiorari* to the Supreme Court of the United States to review two of the test cases decided by the Second Circuit on December 19, 2018, to wit: *Clearlake Shipping PTE. Ltd. v. NuStar Energy Services, Inc.*, 911 F.3d 646 (2d Cir. 2018), and *Nippon Kaisha Line Limited v. NuStar Energy Services, Inc.*, 745 F. App'x 414 (2d Cir. 2018).

    Until the *Clearlake* and *Nippon Kaisha* decisions become final, the parties jointly propose that these actions remain stayed as doing so will be most efficient.

Respectfully submitted,

*[signature]*

Brian P. Maloney