# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

BRUCE G. PAULSEN
PARTNER
(212) 574-1533
paulsen@sewkis.com

TELEPHONE: (212) 574-1200
FACSIMILE: (212) 480-8421
WWW.SEWKIS.COM

901 K STREET, NW
WASHINGTON, DC 20001
TELEPHONE: (202) 737-8833
FACSIMILE: (202) 737-5184

October 31, 2019

**VIA ECF**

Honorable Valerie E. Caproni
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Clearlake Shipping Pte Ltd. v. O.W. Bunker (Switzerland) SA et al*
No. 14 Civ. 9287

*Nippon Kaisha Line Limited v. O.W. Bunker USA Inc., et al.*
No. 14 Civ. 10091

Dear Judge Caproni:

On behalf of ING Bank N.V., as Security Agent ("ING Bank"), together with counsel for O.W. Bunker USA, Inc. and NuStar Energy Services Inc. ("NuStar"), we submit this joint letter in response to Your Honor's order dated March 20, 2019, directing the parties to file an update with the Court within 14 days of the Supreme Court granting or denying NuStar's petitions for *certiorari* in the above-captioned matters. *See* Doc. 268.

On September 30, 2019, NuStar moved to dismiss its petition for certiorari pursuant to U.S. Supreme Court Rule 46.2. The Supreme Court granted NuStar's motion and dismissed the petition on October 17, 2019. *NuStar Energy Servs. v. ING Bank N.V.*, No. 18-1224, 2019 U.S. LEXIS 6484 (Oct. 17, 2019).

Respectfully submitted,

Bruce G. Paulsen